1 | McGREGOR W. SCOTT
United States Attorney
2 | JASON HITT
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2751

5

6

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,         )        Case Nos. CR-S-06-0284 WBS
                                      )                  CR-S-07-0098 WBS
11 |                Plaintiff,        )
                                      )        STIPULATION AND ~~PROPOSED~~ ORDER
12 |      v.                          )        CONTINUING THE STATUS
                                      )        CONFERENCE AND EXCLUDING TIME
13 | LARRY ST. CLAIR,                 )
                                      )
14 |                Defendant.        )
    _____  )

15

16 |      Plaintiff, United States of America, by its counsel, Assistant

17 | United States Attorney Jason Hitt, and defendant Larry ST. CLAIR, by

18 | and through his counsel, Harris Tayback, Esq., stipulate and agree

19 | that the currently-set status conference in Case No. CR-S-06-0284

20 | WBS and Case No. 07-0098 WBS on November 5, 2007, should be

21 | continued to December 10, 2007, at 8:30 a.m.  The parties further

22 | stipulate that the time period from November 5, 2007, up to and

23 | including the new status conference date of December 10, 2007,

24 | should be excluded from computation of the time for commencement of

25 | trial under the Speedy Trial Act in both cases, based upon the need

26 | for defense counsel to continue discussions with the government

27 | regarding resolution of the case.  In addition, the defendant

28 | continues to review a considerable amount of new discovery based

1

1 | upon the Indictment in Case No. CR-S-07-0098 WBS and defense counsel

2 | needs additional time to review that material.

3 |     For these reasons, the defendant, defense counsel, and the

4 | government agree additional time is required for the defense to

5 | effectively evaluate the posture of the case and prepare for trial

6 | in this case and, in addition, in the interests of justice under 18

7 | U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

8 |

9 |                       Respectfully Submitted,

10 |                       McGREGOR W. SCOTT
                      United States Attorney

11 |

12 |
DATED:   November 5, 2007       By:   /s/Jason Hitt

13 |                       JASON HITT
                      Assistant U.S. Attorney

14 |

15 | DATED:   November 5, 2007       By:   /s/Harris Tayback
                      Authorized to sign for Mr.

16 |                       Tayback on 08-16-07
                      HARRIS TAYBACK, Esq.

17 |                       Attorney for Larry ST. CLAIR

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.   The status conference set for Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS on November 5, 2007, at 8:30 a.m. is vacated;

2.   A status conference in Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS is set for December 10, 2007, at 8:30 a.m.; and

3.   Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from November 5, 2007, up to and including December 10, 2007, in both Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS.

DATED: November 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE