Law Offices of Patrick K. Hanly
Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Larry St. Clair

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Larry St. Clair,<br><br>　　　　　Defendant. | Case Nos: 06-0284 WBS and<br>　　　　　07-0098 WBS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Date: 8-4-08**<br>**Time: 8:30 am**<br>**Courtroom: Honorable William B. Shubb** |

　　　　Defendant Larry St Clair, through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Jason Hitt, agree and stipulate that the current status conference set for August 4, 2008, in the above cases before the Honorable William B. Shubb., shall be re-scheduled for August 18, 2008 at 8:30 a.m.

　　　　The parties further agree and stipulate that under 18 U.S.C. §3161 h)(8)(B)(ii) and (iv), and Local Codes T2, and T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including August 18, 2008, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.  The

parties stipulate and agree that this case involves novel issues of law such that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act, 18 U.S.C. Section 3161.

Dated: July 28, 2008                               LAW OFFICES OF PATRICK K. HANLY

                                                   By:  /s/ PATRICK K. HANLY
                                                         Attorney for Defendant

Dated: July 28, 2008                               UNITED STATES ATTORNEY

                                                   By: /s/  Jason Hitt
                                                         Assistant United States Attorney

**ORDER**

     Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  The court finds that this case involves novel issues of law such that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act, 18 U.S.C. Section 3161.

     Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

     **IT IS SO ORDERED**.

     Dated:  August 20, 2008

                                                   WILLIAM B. SHUBB
                                                   UNITED STATES DISTRICT JUDGE